Court of Appeals for the Second Circuit denied. *Messrs. George Wolf* and *Horace M. Barba* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.

No. 763. UNITED STATES EX REL. POTTS *v.* RABB, U. S. MARSHAL. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter Biddle Saul* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Shelby Fitze* for respondent.

No. 770. WILLIAMS *v.* UNITED STATES. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. F. Semple* and *George H. Jennings* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Norman MacDonald* and *Walter J. Cummings, Jr.* for the United States.

No. 778. MITCHELL IRRIGATION DISTRICT *v.* WHITING, WATER COMMISSIONER. April 24, 1944. Petition for writ of certiorari to the Supreme Court of Wyoming denied. *Mr. James A. Greenwood* for petitioner. *Messrs. Louis J. O'Marr* and *Ray E. Lee* for respondent.

No. 792. TOWN OF PELHAM *v.* EMPLOYERS' LIABILITY ASSURANCE CORP., LTD. April 24, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William L. Ransom* for petitioner.